# <u>CERTIFICATION</u>

RE:    Damon B. Parks
           B01868
           18-1300-DRH

      I, _____, hereby certify that
          (Name and Title of Authorized Officer - please print)

Damon B. Parks currently has the sum of $_____ on account at Illinois River
Correctional Center.

                                   _____
                                   Signature of Authorized Officer

Dated: _____

**PURSUANT TO 28 U.S.C. § 1915(a)(2),**
**PLEASE ATTACH A COPY OF THE INMATE'S**
**TRUST FUND ACCOUNT STATEMENT**
**FOR THE PAST SIX MONTHS.**

**Please mail the statement and this completed form to:**
Clerk of Court
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

PS-17
Rev. 5/18