**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **DAMON B. PARKS, #B01868,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 3:18-cv-01300-SMY** |
| | ) | |
| **JOHN COE and RANDALL BROOKS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Plaintiff filed a Notice of Appeal on October 2, 2020 regarding the August 26, 2020 Order and Judgment granting Defendants' motions for summary judgment and dismissing this case. (Doc. 87).  A Declaration from another inmate acknowledging that the appeal was late and explaining the reason for the untimely filing was attached to the Notice of Appeal. (*Id.*).  This matter has been remanded to this Court to determine whether to extend the time to appeal.  (Doc. 102).

Federal Rule of Appellate Procedure 4(a)(5)(A) authorizes a court to extend the time to file a notice of appeal upon a showing of  excusable neglect or good cause:

> The relevant question is one of fault, as "[t]he excusable neglect standard applies in situations in which there is fault; in such situations, the need for extension is usually occasioned by something within the control of the movant." [citations omitted] On the other hand, the good cause standard "applies in situations in which there is no fault—excusable or otherwise."

*Sherman v. Quinn*, 668 F.3d 421, 425 (7th Cir. 2012) (quoting from the advisory committee notes to the 2002 amendments to Rule 4).

According to the afore-mentioned Declaration, Plaintiff's failure to timely file his Notice was not the result of neglect on his part, but was due to his inability to access his legal documents

1

during a lockdown due to COVID-19.  Moreover, his extension request was timely.  As such, the Court finds good cause for granting the same.  Accordingly, the motion for extension of time to appeal (Doc. 87) is **GRANTED** in accordance with Federal Rule of Appellate Procedure 4(a)(5)(C); the Notice of Appeal filed on October 2, 2020 is deemed timely.

**IT IS SO ORDERED.**

**DATED: August 10, 2021**

_**s/ Staci M. Yandle**_
**STACI M. YANDLE**
**United States District Judge**